UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW STATUTO,<br><br>                          Plaintiff,<br><br>        -against-<br><br>NIKE, INC. et al.,<br><br>                        Defendants. | 23-CV-1788 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Nike, Inc.'s request for a pre-motion conference to discuss its anticipated motion to dismiss. (ECF No. 10.) According to the undersigned's individual rules, responses to a request for a pre-motion conference are due within three business days. To date, Plaintiff has not filed a response to the letter. Accordingly, the Court *sua sponte* extends Plaintiff's deadline to file a response to Defendant's pre-motion conference request to **May 5, 2023**.

Dated:  May 3, 2023
           New York, New York

                                                         ANDREW L. CARTER, JR.
                                                         United States District Judge