UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW STATUTO, <br><br> Plaintiff, <br><br> -against- <br><br> NIKE, INC. et al., <br><br> Defendants. | 23-CV-1788 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant Nike, Inc.'s request for a pre-motion conference to discuss its anticipated motion to dismiss (ECF No. 10) and Plaintiff's response (ECF No. 13). In light of different pleading standards in state and federal court, Plaintiff is **GRANTED** leave to file an amended complaint by **May 29, 2023**.

Dated: May 15, 2023
    New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**